THE STATE OF OHIO, APPELLANT, *v.* QUANDT, APPELLEE.

[Cite as *State v. Quandt,* 100 Ohio St.3d 1243, 2003-Ohio-6014.]

(No. 2002–1993—Submitted October 21, 2003—Decided November 26, 2003.)

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently allowed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

William D. Mason, Cuyahoga County Prosecuting Attorney, and Sherry F. McCreary, Assistant Prosecuting Attorney, for appellant.

Robert A. Dixon, for appellee.